IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr36

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ~~SHIRELLE DENISE LOCKE~~ | ) | |

**THIS MATTER IS BEFORE THE COURT** on Motion by the Defendant to "Review the Magistrate Judge's Order Denying Defendant's Motion for Psychiatric Reevaluation", filed October 20, 2005. (Doc No. 22)

After reviewing the Defendant's motions and memoranda, the audio transcript from the October 12, 2005 reevaluation hearing, and the report from Federal Detention Center in Miami containing the results of the Defendant's psychiatric evaluation (Doc. No. 18), this Court finds that the record does not reflect sufficient evidence that a bona fide doubt exists to question the report's conclusion that the Defendant is competent to stand trial.

**THEREFORE, IT IS HEREBY ORDERED** that the Defendant's motion is **<u>DENIED</u>**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: November 4, 2005**

Robert J. Conrad, Jr.
United States District Judge